MORGAN, LEWIS & BOCKIUS LLP
Molly Moriarty Lane, Bar No. 149206
molly.lane@morganlewis.com
Mark W. Allen, Bar No. 293155
mark.allen@morganlewis.com
Kevin M. Benedicto, Bar No. 305802
kevin.benedicto@morganlewis.com
One Market, Spear Street Tower
San Francisco, CA  94105-1126
Tel:      +1.415.442.1000
Fax:     +1.415.442.1001

Attorneys for Defendant
BMW OF NORTH AMERICA, LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEAL ADAMS,<br><br>　　　　　　　Plaintiff,<br><br>　　vs.<br><br>BMW OF NORTH AMERICA, LLC; and DOES 1 through 30, inclusive,<br><br>　　　　　　　Defendants. | Case No.<br><br>[Removed from Alameda County Sup. Ct. Case No. RG21115137]<br><br>**CORPORATE DISCLOSURE STATEMENT OF DEFENDANT BMW OF NORTH AMERICA, LLC, AND CERTIFICATION OF INTERESTED PARTIES**<br><br>*[Notice of Removal; Civil Cover Sheet; Notice of Appearance; Declaration of Mark W. Allen filed concurrently herewith]*<br><br>Complaint Filed:　October 7, 2021<br>Complaint Served: October 8, 2021<br>Trial Date:　　　　None Set |

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

Case No.

CORPORATE DISCLOSURE STATEMENT OF DEFENDANT BMW OF NORTH AMERICA, LLC,
AND CERTIFICATION OF INTERESTED PARTIES

DB2/ 37027228.2

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD,
PLEASE TAKE NOTICE OF THE FOLLOWING:**

**CORPORATE DISCLOSURE STATEMENT OF DEFENDANT
BMW OF NORTH AMERICA, LLC**

1. BMW of North America, LLC ("BMW NA") is a privately held Delaware limited liability company with its principal place of business located in Woodcliff Lake, New Jersey. BMW NA is a member-managed limited liability company, and is a wholly owned subsidiary of BMW (US) Holding Corporation, which is the sole member of BMW NA. BMW (US) Holding Corporation is a privately held Delaware corporation with its principal place of business located in Woodcliff Lake, New Jersey. BMW (US) Holding Corporation is a wholly owned subsidiary of BMW AG. BMW AG is a publicly held German corporation with its principal place of business located in Munich, Germany. No parent corporation or publicly held corporation owns 10% or more of BMW AG's stock.

2. Pursuant to Federal Rule of Civil Procedure Rule 7.1(b)(2), BMW NA will promptly file a supplemental disclosure statement if any required information changes.

**CERTIFICATION OF INTERESTED PARTIES**

3. Please take notice that, pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel of record for Defendant BMW of North America, LLC, certifies that the following listed parties may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

    a. Defendant BMW of North America, LLC; and
    b. Plaintiff Neal Adams.

///
///
///
///
///
///

Morgan, Lewis & Bockius LLP
Attorneys at Law
San Francisco

DB2/ 37027228.2

1

CORPORATE DISCLOSURE STATEMENT OF DEFENDANT BMW OF NORTH AMERICA, LLC, AND CERTIFICATION OF INTERESTED PARTIES

Case No.

4. BMW NA will promptly file an amended certification if any additional interested parties are identified, or if any material change occurs in the status of these interested parties.

Dated: November 8, 2021

MORGAN, LEWIS & BOCKIUS LLP
Molly Moriarty Lane
Mark W. Allen
Kevin M. Benedicto

By: */s/ Mark W. Allen*
    Mark W. Allen

Attorneys for Defendant
BMW of North America, LLC

Morgan, Lewis &
Bockius LLP
Attorneys at Law
San Francisco

DB2/ 37027228.2

2                                    Case No.
CORPORATE DISCLOSURE STATEMENT OF DEFENDANT BMW OF NORTH AMERICA, LLC,
AND CERTIFICATION OF INTERESTED PARTIES